# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 05-00741REJ-KSC |
| CASE NAME: | Guy St. Clair Combs, et al. Vs. Stephen M. Case, et al. |
| ATTYS FOR PLA: | Matthew H. Simmons<br>Damon Senaha<br>Seann Mlloy |
| ATTYS FOR DEFT: | Paul Alston<br>David Nakashima |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | Dennis Apodaca |
| DATE: | 05/22/2008 | TIME: | 9:04am-12:05pm<br>1:15pm-4:30pm |

COURT ACTION:  EP: Further Non Jury Trial (18th Day)

Defendant Witnesses-Mike Connell-CST, Michael Klausner-CST, Danton Wong-CST, Robert Hastings-CST and Mary O'Connor-CST.

Closing Arguments set for 5/23/3008 at 1:15 p.m.

Discussion regarding Closing Arguments as to length of arguments.

Further Non Jury Trial (19th Day) continued to 5/23/2008 @l:15 p.m.


Submitted by Leslie L. Sai, Courtroom Manager