IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GUY ST. CLAIR COMBS; ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 05-00741 REJ-KSC |
| | ) | |
| v. | ) | J U D G M E N T |
| | ) | |
| STEPHEN M. CASE; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the Opinion and Order entered this date,

IT IS ORDERED AND ADJUDGED judgment is entered against plaintiffs and in favor of defendants on all claims set forth in the Third Amended Complaint. This action is dismissed with prejudice.

DATED this 17th day of September, 2008.

/s/ Robert E. Jones

ROBERT E. JONES
U.S. District Judge